IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

STACIE L. ANDERSON                                                                                          PLAINTIFF

v.                                              No. 2:15-CV-02166

CAROLYN W. COLVIN, Commissioner,
Social Security Administration                                                                           DEFENDANT

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the decision of the Administrative Law Judge is REVERSED, and this case is remanded to the Commissioner for further consideration pursuant to 42 U.S.C. § 405(g).

IT IS SO ADJUDGED THIS 20th day of September, 2016.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE