IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

STACIE L. ANDERSON                                                                                                  PLAINTIFF

v.                                          No. 2:15-CV-02166

CAROLYN W. COLVIN, Commissioner,
Social Security Administration                                                                            DEFENDANT

## AMENDED ORDER

The Court amends its order (Doc. 20) adopting the report and recommendations, and clarifies that the case is remanded pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings. The order (Doc. 20) otherwise remains as entered.

IT IS SO ORDERED this 22th day of September, 2016.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE